AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WEISSBRODT, ARTHUR S. | U.S. BANKRUPTCY COURT, N.D. CA | 07/24/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Bankrtupcy Court
280 S. First Street, Rm. 3035
San Jose, CA 95113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Part-time Professor, Lincoln Law School of San Jose | $8,500.00 |
| 2. 11/29/2011 | IRA Death Distribution | $4,001.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Retirement income $8420 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges (NCBJ) | 10/11/2011 to 10/17/2011 | Tampa, FL | Annual Conference | travel, lodging and subsistence |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/24/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lot, Rehoboth, DE (bought 1987 for $42,500) | | None | K | R | | | | | |
| 2. Lot, Atl. City, NJ (bought 1988 for $5000) | | None | J | R | | | | | |
| 3. Capital One Account | A | Interest | J | T | | | | | |
| 4. Merrill Lynch, CMAS, part IRA | A | Int./Div. | J | T | | | | | Cash MMF Only |
| 5. T. Rowe Price Prime Reserve MMA | A | Dividend | L | T | | | | | cash MMA only |
| 6. Wells Fargo Bank Accounts | A | Interest | N | T | | | | | |
| 7. T-Bills, Notes & Treasury Bonds, part IRA | A | Interest | L | T | | | | | |
| 8. T. Rowe Price Growth & Inc. MF - IRA | A | Dividend | L | T | | | | | |
| 9. Meriwest Credit Union Account | | None | J | T | | | | | |
| 10. McDonald's Corp Common | C | Dividend | M | T | | | | | |
| 11. Optelecom Common | | None | | | Sold | 1/28/11 | J | | |
| 12. Fidelity Magellan Fund - IRA | A | Dividend | J | T | | | | | |
| 13. Fidelity Independence Fund - IRA | A | Dividend | K | T | | | | | |
| 14. Schwab MMFs and Schwab Bank | A | Int./Div. | M | T | | | | | Cash MMF & bank accts only |
| 15. AIM Fin. SVS MF | A | Dividend | J | T | | | | | |
| 16. Black Rock Muniyield CA | A | Dividend | J | T | | | | | |
| 17. Aim Diverse Dividends MF | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aim European Growth Fd. | A | Dividend | J | T | | | | | |
| 19. Intel Common | A | Dividend | J | T | | | | | |
| 20. Oracle Common | A | Dividend | K | T | | | | | |
| 21. Johnson & Johnson Common | A | Dividend | J | T | | | | | |
| 22. Schlumberger Common | A | Dividend | K | T | | | | | |
| 23. Transocean Inc. Common | A | Dividend | J | T | | | | | |
| 24. Linear Tech Common | A | Dividend | J | T | | | | | |
| 25. Maxim Common | A | Dividend | J | T | | | | | |
| 26. Dell Common | | None | J | T | | | | | |
| 27. Fidelity Spartan U.S. Equity Index - IRA | A | Dividend | J | T | | | | | |
| 28. Chase Bank account | | None | J | T | | | | | |
| 29. Amgen Common | A | Dividend | K | T | | | | | |
| 30. Pfizer Common | A | Dividend | J | T | | | | | |
| 31. Prologis Trust REIT | A | Dividend | J | T | | | | | |
| 32. Zimmer Holdings Common | | None | J | T | | | | | |
| 33. Morgan Stanley Smith Barney brokerage accounts - part IRA: | | None | | | | | | | |
| 34. - AT&T Common -- IRA | A | Dividend | J | T | Buy | 03/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Allscripts Common - IRA | | None | J | T | Buy | 03/01/11 | J | | |
| 36. - Centerpoint Energy Common - IRA | | None | | | Sold | 10/12/11 | J | A | |
| 37. - Amazon Common- IRA | | None | J | T | | | | | |
| 38. - American Express Common - IRA | A | Dividend | J | T | Buy | 6/13/11 | J | | |
| 39. - Archer Daniels Midland Common - IRA | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 40. - Marriott Common - IRA | A | Dividend | J | T | | | | | |
| 41. - Celgene Common - IRA | | None | | | Sold | 08/02/11 | J | A | |
| 42. - Starwood Hotels Common - IRA | A | Dividend | J | T | | | | | |
| 43. - Textron Common - IRA | A | Dividend | J | T | | | | | |
| 44. - Corning Common - IRA | | None | | | Sold | 02/10/11 | J | A | |
| 45. - Occidental Petrol Common - IRA | A | Dividend | J | T | | | | | |
| 46. - Goldman Sachs Floating PFD - IRA | A | Dividend | J | T | | | | | |
| 47. - Bristol Myers Common - IRA | A | Dividend | J | T | Buy | 08/02/11 | J | | |
| 48. - Corn Products Common - IRA | A | Dividend | J | T | Buy | 01/03/11 | J | | |
| 49. - Citibank account/CD part IRA | A | Interest | K | T | | | | | |
| 50. - Dreyfus MMF | A | Dividend | J | T | | | | | |
| 51. - Metlife Floating Rate - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Barclay's Treas. FD - IRA | | None | | | Sold | 04/21/11 | J | A | |
| 53.  - Edison Common - IRA | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 54.  - Allergan Common IRA | A | Dividend | J | T | | | | | |
| 55.  - Estee Lauder Common IRA | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 56.  - Google Common IRA | | None | J | T | | | | | |
| 57.  - Halliburton Common IRA | A | Dividend | J | T | | | | | |
| 58.  - Hewlett Packard Common IRA | A | Dividend | J | T | Buy | 02/10/11 | J | | |
| 59.  - McCormick Common IRA | | None | | | Sold | 01/03/11 | J | A | |
| 60.  - McKesson Common IRA | | None | | | Sold | 03/01/11 | J | A | |
| 61.  - Philip Morris Common - IRA | | None | | | Sold | 02/02/11 | J | A | |
| 62.  - Verizon Common - IRA | | None | | | Sold | 03/21/11 | J | A | |
| 63.  - Weyerhaeuser Common - IRA | | None | | | Sold | 02/14/11 | J | A | |
| 64.  - Warner Chilcott Common - IRA | | None | | | Sold | 05/12/11 | J | A | |
| 65.  - First Trust Indust. FD -- IRA | A | Dividend | J | T | | | | | |
| 66.  - TE Connectivity Common -- IRA | A | Dividend | J | T | Buy | 5/12/11 | J | | |
| 67.  Metlife Bank Account - part CD | C | Interest | M | T | | | | | |
| 68.  Star One Credit Union Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/24/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. California State Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WEISSBRODT, ARTHUR S.** | 07/24/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 17 -- Invesco Energy MF changed name to Invesco Diverse Dividends

| Name of Person Reporting | Date of Report |
|---|---|
| WEISSBRODT, ARTHUR S. | 07/24/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ ARTHUR S. WEISSBRODT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544